UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
SAM SUK CHOI,                                                    :
                                                                 :
                Plaintiff,                                   :  **JUDGMENT**
                                                                 :
              - against -                                    :  23-CV-541 (PK)
                                                                 :
D PRIME INC., SUNGBOOKDONG, LLC, and                             :
MI SUK CHOI,                                                     :
                                                                 :
                Defendants.                                  :
---------------------------------------------------------------- x

**Peggy Kuo, United States Magistrate Judge**:

    IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Sam Suk Choi ("Plaintiff") has judgment jointly and severally against Defendants D Prime Inc., Sungbookdong, LLC, and Mi Suk Choi (collectively, "Defendants"), in the amount of $254,813.62, consisting of:

    (A) $158,962.50 in unpaid overtime wages under the New York Labor Law ("NYLL");

    (B) $8,310 in unpaid spread-of-hours wages under the NYLL;

    (C) $10,000 in damages for Defendants' failure to provide a wage notice and wage statements in compliance with NYLL § 195; and

    (D) Prejudgment interest on Plaintiff's unpaid overtime and spread-of-hours wages, at a rate of 9% annually and accruing from May 2, 2020, the midpoint of Plaintiff's employment, to June 25, 2025, in the amount of $77,541.12.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff is awarded post-judgment interest as provided by 28 U.S.C. § 1961; and, pursuant to NYLL § 198(4), a fifteen percent increase in the total amount of judgment if the judgment is not paid by September 23, 2025 or the expiration of time to appeal, whichever is later.

IT IS FURTHER ORDERED that Judgment rendered by the Court on this day in favor of Plaintiff be entered as a final judgment against Defendants in the amounts described above.

The Clerk of Court is respectfully directed to enter judgment and close this case.

**SO ORDERED:**

*Peggy Kuo*

PEGGY KUO
United States Magistrate Judge

Dated:   Brooklyn, New York
        June 25, 2025